# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

In the matter of

**SALEH HATTER**
**TANIA HATTER**
Debtor(s)

Case No. **10-11282**

Chapter 7

Judge **J. Vincent Aug**

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1)$9.15 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>World Financial Network Nat'l Bank Assoc.<br>Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | 14 | $4.84 |
| AMERICAN EXPRESS BANK FSB<br>c/o Beckett and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 26 | $4.31 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $9.15 |
| Total Unclaimed Dividends Over $25.00 | | $0.00 |

Dated:   1/5/2011

/s/ GEORGE LEICHT

George Leicht